Form oscmsdoc – oscmissdocv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26–16767–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tarik S Kilic
aka Tarik Scott Kilic
60 Vance Ave
Sicklerville, NJ 08081

Social Security No.:
xxx–xx–2726

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO FILE DOCUMENTS OR EXTEND TIME

The debtor filed a petition on June 11, 2026 but failed to file the following documents required by Fed. R. Bankr. P. 1007:

Summary of Assets/Liabilities and Stat Info – Individuals, Declaration About An Individuals Schedule, Statement of Financial Affairs For Individuals, Atty Disclosure Statement, Statement of Your Current Monthly Income (122A–1), Means Test Calculation (122A–2) – If Applicable, Stmt of Exemption From Presumption of Abuse (122A–1 Supp) – If Applicable, Schedules A/B,C,D,E/F,G,H,I and J

It is hereby ORDERED that:

A hearing is scheduled before the Honorable Andrew B. Altenburg Jr. on:

Date: July 7, 2026
Time: 10:30 AM
Location: Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 161 466 4309, Click on JOIN using passcode 588015, or call 1–646–828–7666

to show cause why the case should not be dismissed.

If **all** required documents are filed with the Clerk before the hearing date, this Order to Show Cause will be withdrawn and no appearance is required.

Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

Unless all required documents are filed before the hearing date on this Order to Show Cause, or you have filed a Motion for Extension of Time to File Schedules, you **must** appear at the hearing, which may be conducted in–person, telephonically, or virtually. Please consult with your attorney or contact the Judge's Chambers BEFORE COMING TO COURT and/or making an appearance via telephone or Zoom. Contact information for each judge can be found on the court's website: www.njb.uscourts.gov. PLEASE BE ADVISED that failure to file all required documents, seek an extension, or appear at the hearing will result in dismissal of the case.

**IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form.**

**Please check www.njb.uscourts.gov to find updated forms.**

Dated: June 12, 2026
JAN: lgr

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge